Domny Med. Servs., P.C. v Travelers Ins. Co. (2020 NY Slip Op 51328(U))

[*1]

Domny Med. Servs., P.C. v Travelers Ins. Co.

2020 NY Slip Op 51328(U) [69 Misc 3d 139(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-1758 K C

Domny Medical Services, P.C., as Assignee
of Joseph, Jeanise, Appellant, 
against
Travelers Insurance Company, Respondent.

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Office of Aloy O. Ibuzor (Gregory W. Broido of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered June 21, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint and denied plaintiff's cross motion for summary judgment.
Contrary to plaintiff's contentions on appeal, the record was sufficient to establish the proper
mailing of the examination under oath scheduling letters to plaintiff's assignor and the denial of
claim forms to plaintiff (see St. Vincent's Hosp. of Richmond v Government Empls. Ins.
Co., 50 AD3d 1123 [2008]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020